# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
October 27, 2022

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| 1. Senen Ulises Martinez-Arriaga (1981/Mexico) | ) | Case No. M-22-2085-M |
| 2. Zulema Jassel Guillaumin-Zaleta (1996/Mexico) | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 26, 2022__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 554 | Did knowingly and unlawfully export or attempt to export from the United States, any merchandise, article, or object, to wit; approximately 200 rounds of .45 ACP ammunition and 200 rounds .380 ammunition, as defined by the Commerce Control List, contrary to any law or regulation of the United States, in that the Defendant had not obtained a license or written authorization for such export, in violation of Title 50, United States Code, Section 4819(2), and Title 15, Code of Federal Regulations, Section 730 et seq., all in violation of Title 18, United States Code, Section 554 |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved by: AUSA M. Alexis Garcia

/s/ Nicholas C. Stott
*Complainant's signature*

Nicholas C. Stott HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: October 27, 2022   6:43 AM

*Judge's signature*

City and state:

U.S. Magistrate Judge Nadia S. Medrano
*Printed name and title*

**Attachment "A"**

I, Nicholas C. Stott, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On October 26, 2022, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection Office of Field Operations at the Hidalgo Port of Entry (POE) in Hidalgo, Texas. CBP Officers (CBPOs) detained Senen Ulises Martinez-Arriaga ("MARTINEZ") and Zulema Jassel Guillaumin-Zaleta ("GUILLAUMIN"), both citizens of Mexico and visa holders, while attempting to depart the U.S. with approximately 200 rounds of .45 ACP ammunition and 200 rounds .380 ammunition concealed under the front seat and carpet of the vehicle MARTINEZ was driving.

2. During primary outbound inspection, CBPOs obtained a negative oral declaration for currency more than $10,000, firearms or ammunition from MARTINEZ. Upon inspecting the front passenger area, CBPOs located a box containing .45 ACP ammunition under the driver's seat. CBPOs referred MARTINEZ, GUILLAUMIN and the vehicle to secondary inspection for further inspection.

3. During a further physical search of the vehicle CBPOs located approximately 200 rounds of .45 ACP ammunition concealed under the front seat and approximately 200 rounds of .380 ammunition under the carpet in the front passenger seat area.

4. HSI Special Agents (SA) and a Task Force Officer (TFO) responded to the Hidalgo POE to assist in the investigation. The HSI SAs and TFO interviewed MARTINEZ, who stated he purchased the ammunition at the Academy in Pharr, Texas that day and was transporting the ammunition to Mexico. MARTINEZ stated he knew it was illegal to export firearms and ammunition into Mexico and he did not have a license to export the firearms and ammunition from the United States. Messages in MARTINEZ's cellular telephone indicate he was purchasing two boxes of ammunition today and planned to purchase two additional boxes of ammunition the following day if he successfully crossed into Mexico.

5. The HSI SAs and TFO interviewed GUILLAUMIN, who stated she and MARTINEZ purchased the ammunition at the Academy in Pharr, Texas that day and was transporting the ammunition to Mexico. GUILLAUMIN stated she gave $100.00 to MARTINEZ for the purchase of the ammunition. GUILLAUMIN stated she knew it was illegal to export firearms and ammunition into Mexico and she did not have a license to export the firearms and ammunition from the United States. GUILLAUMIN stated she knew it was illegal for her to possess firearms or ammunition in the United States because she is a citizen and national of Mexico.

6. The ammunition is a controlled item contained within the Commerce Control List.